# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

SHIRLEY MATSIL

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

MERCK & CO., INC.

**07 CIV. 2858**

TO: (Name and address of defendant)

Merck & Co., Inc.
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                APR 1 0 2007

CLERK                                                 DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE April 18, 2007 at 3:05 PM |
| NAME OF SERVER (PRINT) Henry Moss | TITLE Licensed Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Personal service on Nora Dindyal, Process Specialist at CT Corp. System, the Registered Agent of Merck & Co., Inc

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 19, 2007
            *Date*

*Signature of Server*  Henry Moss

102 East 22nd Street, New York, NY 10010
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.